UNITED STATES DISTRICT COURT
DISTRICT OF GEORGIA

| | |
|---|---|
| ALLAN V. EVANS, | ) TWIGGS CASE NO. 2012-V-004 |
| | ) GEORGIA SUPREME COURT CASE |
| Appellant, | ) NO. S13A0547 |
| | ) |
| v. | ) FEDERAL JUDGE (TBD) |
| | ) |
| *In Rem*, Occupants of GMD 27 Land Lots | ) NOTICE OF APPEAL AND NOTICE OF |
| 15 and 33 and; | ) RECORD INDEX |
| | ) |
| Sanders *et al.*, | ) |
| | ) |
| Appellees. | ) |

*In Propia Persona:*

Allan V. Evans, *Pro Se*
5081 Garrison Street # 6
Wheat Ridge, CO
80033-6796

Phone (303) 421-5391

### NOTICE OF APPEAL AND NOTICE OF RECORD INDEX

1. Notice is hereby given to the Supreme Court of Georgia and to the Defendants in the above captioned case, that the Appellant Allan V. Evans, who is *Pro Se* and who is not an attorney, hereby makes direct appeal to the Federal District Court of Georgia Macon Division.

2. The Federal District Court of Georgia has *in rem* jurisdiction of subject real property of Georgia Militia District 27 Land Lots 15 and 33 which lies situate in the Forum, and the Federal Court has jurisdiction over the Defendants of Sanders *et al.* because they have previously responded in lawful acknowledgement that they have a proprietary interest in the said subject property. Further, Direct Appeal in the above captioned case is made to the Federal District of Georgia Macon Division because this case is a Conventional Quiet Title Proceeding Land Case which originated in the State Court under the provisions of O.C.G.A. 23-3-40 and O.C.G.A. 44-2-22, and Direct Appeal to the Federal District of Georgia Macon Division is being made under appropriate statutes for appeal from the Georgia Supreme Court from its judgment announced on 3 June 2013.

3. The following final judgment orders of the Georgia Supreme Court in the above

-2-

captioned case are attached by herein incorporating them by reference, and appealed in their entirety:

    **A.** Final Judgment And Decree of the Georgia Supreme Court under Georgia Supreme Court Rule 59 made an order of the Court on 3 June 2013.

    **B.** All court costs and attorney fees incurred by the Appellants during the Appeal to the Georgia Supreme Court.

    **C.** All previous orders that were appealed by the Appellant to the Georgia Supreme Court from Twiggs County Superior Court which are part of the record and herein adopted and incorporated by reference.

**4.** This appeal is being made because the Appellant did not receive a fair and impartial review at the Georgia Supreme Court and Trial Court, which both conducted proceedings that offended traditional notions of fair play and substantial justice; for reason which will be explained further in the Appellant's Brief.

**5.** Further, the Georgia Supreme Court made several egregious errors which were clear and unmistakable error which did not support the Georgia Supreme Court's Rule 59 ruling, and gives credence that the Georgia Supreme Court conducted an inadequate Judicial review, which has resulted in substantial harm to the Appellant. The enumeration of errors are as follows:

    **A.** The evidence did not support the judgment

    **B.** There were harmful errors of law which were properly raised and required reversal

    **C.** The judgment of the Georgia Supreme Court and the Trial Court below did not adequately explain the decision

    **D.** The previous enumeration of errors appealed from the Trial Court in the Appellant's Notice of Appeal and Appellant Brief to the Georgia Supreme Court which are herein adopted and incorporated by reference.

**6.** The Appellant petitions the Court not to summarily dismiss this case forthwith on its face; because the Appellant will not only show in his Appellate brief to this Court in what manner the Georgia Supreme Court committed those above stated enumeration of errors, but also state a compelling argument as to <u>why</u> this case should be heard by this Court.

**7.** The Appellant makes claim of right to parcels of Georgia Militia District 27 Land Lots 15 and 33 as legally described in the Trial Court Record and seeks relief of the Federal District Court of Georgia Macon Division to overturn and reverse in their entirety the

-3-

previous Judgments of the Georgia Supreme Court and the Trial Court, and further grant actual repossession of his subject property and cancellation of all clouds to his title under the provisions of O.C.G.A. 23-3-40 and O.C.G.A. 44-2-22. The Appellant also seeks the relief of this Court to make findings and any other relief of this Court as this Court may deem appropriate in favor of the Appellant.

**8.** Unless there is a persuasive reason given by a given particular Opposing party to the Appellant, the Appellant hereby serves written notice to the Clerk of the Federal District Court of Georgia Macon Division and the Court, that he wishes to opt out of local Court Rule 16.2.4. The Opposing parties have staunchly dug in their heels in their positions, and the Appellant does not see any advantage to proceed with Rule 16.2.4 in the instant case, because the Opposing parties seem stubbornly unwilling to compromise.

**9.** A *Lis Pendens* notice has been previously filed in the Superior Court of Twiggs County in the Trial Court Lien Book 14 Folio 765-767 in Twiggs County, and herein is attached by incorporation by reference.

**10.** The United States Government to wit, the Farmers Services Administration, is an indispensable party which has already previously been adjoined to this case.

**11.** The Appellant is a Totally and Permanently disabled Veteran.

**12.** The previous Record Indexes and all documents of record in the Georgia Supreme Court is hereby submitted as evidence, attached, adopted, and incorporated by reference.

**13.** Previous arguments and material statements of points of law, facts, and circumstances made by the Appellant during the previous proceedings of his appeal to the Georgia Supreme Court are hereby declared as not having been abandoned, but rather are herein wholly adopted and attached by incorporation by reference.

**14.** The Clerk of the Georgia Supreme Court shall within and no later than (14) fourteen days of filing this Notice of Appeal transmit via USPS to the Clerk of the Federal District Court of Georgia Macon Division all original records and exhibits (including survey plats) listed on the Georgia Supreme Court Docket and certify those documents pursuant to the provisions of Federal Rules of Civil Procedure. The Clerk shall certify the documents as specified and required in the Federal Rules of Civil Procedure. The record in its entirety is to be transmitted to the Mr. Gregory J. Leonard, Clerk of the Court, Federal District of Georgia Macon Division, 475 Mulberry Street Macon, GA 31202. The only document that is not to be transmitted by the Clerk of the Georgia Supreme Court to the Federal District Court of Georgia Macon Division, is the document listed on the Georgia Supreme Court docket dated 12 March 2013.

**15.** The Clerk of the Georgia Supreme Court shall create an Amended Record Index in chronological order to include those items on the Supreme Court docket which were added to the record during the course of the proceedings at the Georgia Supreme Court, and transmit said Amended Record Index to the Federal District Court of Georgia Macon Division; and shall also submit that same Amended Record Index along with the transmittal of those same said corresponding records. The Clerk of the Georgia Supreme Court shall provide a copy of the Amended Record Index to be mailed to the Appellant.

**16.** Further, the Clerk of the Georgia Supreme Court shall submit along with the rest of the requested record (2) two certified copies each of the Order of the Motion to Dismiss the Appellant's (2) Two Motions and the Order of the Rule 59 Dismissal both dated 3 June 2013 respectively.

**17.** The Clerk of the Supreme Court shall also transmit with the documents of the Record Indexes, he Transcript for the Hearing held on 9 Aug 2012 to the Clerk of the Federal District of Georgia Macon Division, and certify the same in accordance to the Federal Rules of Civil Procedure. Further, the said Transcript of the Hearing held on 9 Aug 2012 is herein attached to the appeal to the Federal District of Georgia Macon Division by incorporation by reference.

**18.** The Clerk of the Georgia Supreme Court shall forward with the transmittal of the record a current copy of the case Docket of the Georgia Supreme Court.

**19.** The Clerk of the Georgia Supreme Court shall promptly notify both verbally and also in writing to both the Clerk of the Federal District of Georgia Macon Division and to the Appellant of any delays and reason for delay of transmittal of the record documents prior to not meeting the Federal Statutory deadline to transmit the record to the Clerk of the Federal District Court of Georgia Macon Division.

Hereby Submitted,

*Allan V. Evans* (signature)

Allan V. Evans

### VERIFICATION

**STATE OF COLORADO** )
)
**COUNTY OF JEFFERSON** )

Allan V. Evans **Pro Se**, upon his oath, states that he has written and read the foregoing Motion and contained in this document and knows the contents to be true to the best of

-5-

my knowledge and belief.

_____
Allan V. Evans, *Pro Se*

The above statements and foregoing motions herein stated in this foregoing document was subscribed and sworn to me this 10th day of June 2013 by Allan V. Evans.

My commission expires: April 17, 2017

_____
Notary Public

CRYSTAL J STAPLES
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134023713
MY COMMISSION EXPIRES APRIL 17, 2017

## CERTIFICATE OF MAILING AND SERVICE

I hereby certify that this 10th day of June 2013, I filed the foregoing document by mailing it via First Class certified mail via USPS with the Clerk of the Federal District of Georgia Macon Division, 475 Mulberry Street Macon, GA 31202.

I hereby certify that this 10th day of June 2013, I filed the foregoing document by mailing it via First Class certified mail via USPS with the Clerk of the Supreme Court of Georgia 244 Washington Street Room 572, State Office Annex Building, Atlanta, GA 30334.

I hereby certify that this 10th day of June 2013, I filed the foregoing document by mailing it via First Class certified mail via USPS with the Clerk of the Superior Court of Twiggs County, Georgia located at 425 N. Railroad Street Jeffersonville, GA 31044.

I also hereby certify that on this 10th day of June 2013 I mailed a copy of the foregoing document by mailing it via USPS Certified First Class Mail to the following persons:

Hon. Judge Jon F. Helton
P.O. Box 2069
Dublin, GA 31040

James F. Nelson, Jr., Esq.
Special Master
125 North Franklin Street
Dublin, GA 31021-6701

Randall P. Harrison
5788 Forsyth Road
Macon, GA 31210

-6-

Donna Crosby-Sloan
1570 Warsaw Road
Roswell, GA 30076

John Burke Harris III
3573 Vineville Ave
P.O. Box 4866
Macon, GA 31208-4866

Thomas F. Richardson
3920 Arkwright Road Suite 405
P.O. Box 18086
Macon, GA 31209-8086

John R. Chally
King & Spalding, LLC
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521

James Bradford Odom
King & Spalding, LLC
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521

John C. Porter Jr.
1050 Crown Point Parkway
Suite 1250
Atlanta, GA 30338-7707

Thomas M. Green
438 Cotton Ave
P.O. Box 899
Macon, GA 31202

William D. Gifford, Esq.
U.S. Dept of Justice
Assistant United States Attorney
Middle District of Georgia
P.O. Box 1702
Macon, GA 31202-1702

-7-

Craig P. Silverman, Esq.
Kitchens, Kelly Gaynes, LLC
Eleven Piedmont Center Suite 900
3495 Piedmont Road, N.E.
Atlanta, Georgia 30305

Robert Chastain, LLC
3011 Prestwyck Haven Drive
Duluth, Georgia 30097-3641

O. Hale Almand P.C.
1922 Forsyth Street
P.O. Box 1605
Macon, GA 31202

Respectfully Submitted,

_____
Allan V. Evans, *Pro Se*

## VERIFICATION

**STATE OF COLORADO** )
                      )
**COUNTY OF JEFFERSON** )

Allan V. Evans *Pro Se*, upon his oath, states that he has written the Certificate of Mailing and Service and has placed in the U.S. Mail The Notice of Appeal And Notice of Record Index to the above said parties as so stated, and states this to be true as so stated to the

best of my knowledge and belief.

_____
Allan V. Evans, *Pro Se*

The above statement stated in this foregoing document was subscribed and sworn to me this 10th day of June 2013 by Allan V. Evans.

My commission expires: April 17, 2017

_____
Notary Public

```
CRYSTAL J STAPLES
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134023713
MY COMMISSION EXPIRES APRIL 17, 2017
```