# CIVIL COVER SHEET

*(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ALLAN V. EVANS, PRO SE

**DEFENDANTS**
IN REM, GEORGIA MILITIA DISTRICT 27 LAND LOTS 15 AND 33 AND SANDERS et al.

*2013 JUN 17*

**(b)**
JEFFERSON CO, CO
*(EXCEPT IN U.S. PLAINTIFF CASES)*

Twiggs (AND VARIOUS)
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c)**  *(Firm Name, Address, and Telephone Number)*
5081 GARRISON STREET # 6
WHEAT RIDGE, CO
80033-6796

**Attorneys** *(If Known)*
(LISTED ON DOCKET AND CERTIFICATE OF SERVICE OF
NOTICE OF APPEAL) — See Attachment

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

1) U.S. Government is Defendant As,
28 U.SC. 1345 *(U.S. Government Not a Party)* Indispensable
And 1348 Party.

*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  |  | PTF | DEF |
|---|---|---|---|---|---|---|
| (All Parties | | | or | | | |
| Are Citizens) | | | and | | | |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| | | | | PROPERTY RIGHTS | |
| | | PERSONAL PROPERTY | LABOR | SOCIAL SECURITY | |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | FEDERAL TAX SUITS | |
| Conventional Quiet Title Action | | Habeas Corpus: | | | |
| | | Other: | IMMIGRATION | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

State Court — Twiggs County Superior Court — GA
*(specify)*

## VI. CAUSE OF ACTION
O.C.G.A. 5-6-33  *(Do not cite jurisdictional statutes unless diversity)*
CONVENTIONAL QUIET TITLE ACTION APPEAL FROM LOWER STATE COURT — O.C.G.A. 23-3-40 And O.C.G.A. 44-2-22

## VII. REQUESTED IN COMPLAINT:
~~CLASS ACTION~~  DEMANDS  And cancellation of All  Actual Repossession of Land Clouds on title  **JURY DEMAND:** NO

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*  GEORGIA SUPREME COURT  S13A0547

06/10/2013  *Allan V. Evans*  PRO SE

**FOR OFFICE USE ONLY**