# REQUEST FOR NOTATIONS OF SPECIAL RIGHT

The undersigned Allan V. Evans
claims against the land of Georgia Militia District 27 Land Lots 15 and 33 described in the Petition of Conventional Quiet Case *In Rem* under the provisions of O.C.G.A. 23-3-40 and O.C.G.A. 44-2-22 filed with the Superior Court of Twiggs County and Appealed to the Georgia Supreme Court, and now subsequently filed on appeal to the Federal District Court of Georgia Macon Division which is herein incorporated by reference the following equity as the case may be:

Makes Claim of Right to Georgia Militia District 27 Land Lots 15 and 33, and cancellation of all clouds of instruments except the Patent Land Grant Deed of Title to GMD 27 Land Lot 15 as granted in 1807 to Henry Evans Jr. in the 1807 Georgia Land Lottery, and Fee Simple Title to Land Lot 33 as Conveyed to Henry Jr./George W. Evans Sr. in 1816 by original Land Lottery Grantee John Course. Said GMD 27 Land Lots 15 and 33 are described by survey plat and legal descriptions which are herein incorporated by reference and are attached as supporting evidence in the case file of the below stated pending case on file with the Clerk of the Superior Court of Twiggs County;

in proof of which reference is had to the following record or court proceeding:

Twiggs County Superior Court No. 2012-V-004 and Appealed to the Georgia Supreme Court Case No. S13A0547, and now again appealed to the Federal District of Georgia Macon Division the Petition, all pleadings, and supporting evidence being herein attached and incorporated by reference. Said Case is currently pending on appeal before the Federal District of Georgia Macon District. Upon judgment of the Federal District Court of Georgia Macon District the Court may possibly reverse the Georgia Supreme Court's and Trial Court's Judgments in favor of Appellant/Petitioner and reverse and/or remand with instructions which may possibly be expected to include but notwithstanding further notice to any and all parties known and unknown that may or may have not been previously served to come forward per provisions of O.C.G.A. 23-3-69.

This document is herein declared as *Nunc Pro Tunc* to the date in which the above stated case was originally filed with the Twiggs County Superior Court. Please note the same upon the register of title accordingly in fulfillment and compliance of the provisions of O.C.G.A. 23-3-62(d) and applicable Federal Court Rules and Statutes.

Hereby Respectfully Submitted,

_____
Allan V. Evans, *Pro Se*

## **VERIFICATION AND CERTIFICATE OF MAILING**

STATE OF COLORADO   )
                    )
COUNTY OF JEFFERSON )

Allan V. Evans *Pro Se*, upon his oath, states that he has written the previous *Lis Pendens* document and has placed in the U.S. Mail via First Class Mail on 10 June 2013 his *Lis Pendens* per the provisions of O.C.G.A. 23-3-62(d) and applicable Federal Court Rules and Statutes, to the Clerk of the Court of the Federal District Court of Georgia Macon Division, and states this to be true as so stated to the best of my knowledge and belief.

                                                                                        Allan V. Evans, *Pro Se*

The above statement stated in this foregoing document was subscribed and sworn to me this 10th day of June 2013 by Allan V. Evans.

CRYSTAL J STAPLES
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134023713
MY COMMISSION EXPIRES APRIL 17, 2017

My commission expires: April 17, 2017.

Notary Public